IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GERALDINE F., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:18-cv-02545-K-BT |
| | § | |
| ANDREW SAUL, Commissioner of | § | |
| the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 28, 2020 (ECF No. 25). Plaintiff filed objections on March 23, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are OVERRULED and the Court adopts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**Signed March 30th, 2020.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE